# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DONALD J. ROUSE, JR., DONALD
J. ROUSE, SR., THOMAS B.
ROUSE, ALLISON ROUSE ROYSTER
AND ROUSE'S ENTERPRISES, LLC

VERSUS

K & F RESTAURANT HOLDINGS,
LTD. D/B/A IZZO'S ILLEGAL
BURRITO, K & F RESTAURANT
OPERATIONS, LLC, G & O PIZZA
HOLDINGS, LTD. D/B/A LIT
PIZZA, G & O RESTAURANT
OPERATIONS, LLC; AND OSVALDO
FERNANDEZ

NO.  2019 CW 0586

NOVEMBER 12,2019

---

In Re:    Donald J. Rouse, Jr., Donald J. Rouse, Sr., Thomas B.
          Rouse, Allison Rouse Royster and Rouse's Enterprises,
          LLC, applying for Rehearing, 17th Judicial District
          Court, Parish of Lafourche, No. 137108.

---

**BEFORE:   GUIDRY, McCLENDON, CRAIN, HOLDRIDGE, AND CHUTZ, JJ.**

   **APPLICATION FOR REHEARING GRANTED.** We grant the application
for rehearing filed by the plaintiffs and amend this court's
prior writ action that dismissed the plaintiffs' suit in its
entirety, without prejudice, as premature. On rehearing, the
plaintiffs established that they amended their original petition
after the defendants filed the exception of prematurity, which
was the subject to this court's writ action, to include a
request for declaratory judgment.  Because the defendants'
exception of prematurity did not seek to dismiss the plaintiffs'
claim for declaratory judgment, this court's prior writ action
is amended to dismiss, without prejudice, only plaintiffs' claim
for defamation, as set forth in the plaintiffs' Verified
Petition for Damages.

JMG
PMc
GH
WRC

   **Crain, J.,** concurs in granting the application for
rehearing, but otherwise dissents and would vacate the prior
writ action and deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT